# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VFS LEASING CO.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:08CV105 |
| | ) | |
| **WILLS, INC.; GARY WILLS; and** | ) | ORDER |
| **WILLIAM HARRIS,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon review of plaintiff's Notice of Dismissal of Defendant William Harris [19], and pursuant to Fed. R. Civ. P. 41(a)(1),

**IT IS ORDERED** that plaintiff's claims against William Harris are dismissed, subject to the provisions of Fed. R. Civ. P. 41(a)(1)(B), and the Clerk shall terminate William Harris as a party to this lawsuit.

**DATED April 21, 2008.**

    BY THE COURT:

    s/ F.A. Gossett
    **United States Magistrate Judge**